134 A.3d 976

### IN THE MATTER OF KSENIA V. PROSKURCHENKO, AN ATTORNEY AT LAW (ATTORNEY NO. 016902008).

May 4, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-158, concluding on the record certified to the Board pursuant to *Rule* 1:20-4(f) (default by respondent) that **KSENIA V. PROSKURCHENKO of ELIZABETH,** who was admitted to the bar of this State in 2008, should be suspended from the practice of law for a period of six months for her unethical conduct in five client matters, including violations of *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with

client), *RPC* 1.16(d) (failure to return unearned fee on termination of the representation), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having further concluded that prior to reinstatement to practice, respondent should be required to submit proof of her completion of four hours of continuing legal education courses in. attorney ethics;

And the Court having determined from its review of the matter that prior to reinstatement to practice, respondent should be required to refund the $1,375.00 retainer to her client in the *Franchetti* matter;

And good cause appearing;

It is ORDERED that **KSENIA V. PROSKURCHENKO** is suspended from the practice of law for a period of six months, effective immediately; and until the further Order of the Court; and it is further

ORDERED that prior to reinstatement to the practice of law, respondent shall refund the $1,375.00 retainer to her client in the *Franchetti* matter, and submit proof to the Office of Attorney Ethics of her successful completion of four credit hours of continuing legal education courses in attorney ethics; and it is further

ORDERED that respondent comply with *Rule* 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.